

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AB:AMR

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 19, 2023

By ECF

Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Timothy Mann
>        Docket No. 22-MJ-1355 (SJB)

Dear Judge Bulsara:

Defendant Timothy Mann was arraigned before Your Honor on a removal complaint on December 20, 2022. On that date, the Court instructed the parties that if the defendant had not yet made an appearance in the United States District Court for the Eastern District of North Carolina by January 20, 2023, the parties should appear in the Eastern District of New York on that date to provide the Court with an update on the defendant's residence and employment. The Court also instructed the parties that if the defendant appeared in the Eastern District of North Carolina before that date, the appearance in the Eastern District of New York would be unnecessary.

The government respectfully submits this letter to inform the Court that the defendant appeared today in the Eastern District of North Carolina in connection with the

indictment pending against him there.  Accordingly, the government respectfully submits that, as the Court stated on December 20, 2022, a further appearance in the Eastern District of New York is unnecessary.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   _____

Andrew M. Roddin
Assistant U.S. Attorney
(718) 254-6455

CC:   Clerk of Court (via ECF)
      Benjamin Yaster, Esq. (via ECF)

2